UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CHERYL RAHN, | ) | No. CV-04-0390-MWL |
| | ) | |
| | ) | ORDER GRANTING JOINT MOTION |
| Plaintiff, | ) | FOR REMAND |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the stipulated joint motion of the parties, it is hereby **ORDERED** that the above-captioned case be reversed and remanded for further administrative proceedings, including the following:

1. The administrative law judge (ALJ) will re-evaluate the medical source evidence, particularly the reports of Victoria L. Macki, M.D., Michael Brown, Ph.D. and Emma Joan H. Billings, Ph.D., and explain the weight given to medical sources opinions.

2. The ALJ will re-evaluate the credibility of Plaintiff's subjective complaints.

3. The ALJ will evaluate the lay witness statement of Mollie

Evans.

4. The ALJ will consider the impact of Plaintiff's obesity at each step of the sequential evaluation.

5. The ALJ will continue with the sequential evaluation to re-evaluate Claimant's ability to perform other work in the national economy.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 26th day of July, 2005.

s/ Michael W. Leavitt
MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ THOMAS M. ELSBERRY WSB # 26456
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
 Telephone (206) 615-2112
 FAX (206) 615-253-2531
thomas.elsberry@ssa.gov